**E-Filed 8/5/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM T. CARTER,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS-SANTA CLARA COUNTY, *et al.*,<br><br>            Defendants. | Case Number 5:09-cv-02413 JF (PSG)<br><br>ORDER[1] DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION |

Plaintiff William Carter ("Carter"), a former employee of the Santa Clara County Department of Corrections ("the County"), brought the instant action against the County, Chief Edward Flores, and Sheriff Laurie Smith (collectively, "Defendants"). Defendants terminated Carter in March 2007 after taking disciplinary action against him on at least two separate occasions. Subsequently, Carter asserted claims for violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), the Americans with Disabilities Act ("ADA"), and related state laws.

On July 6, 2010, the Court granted Defendants' motion for judgment on the pleadings, with leave to amend. Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendants' Motion for Judgment on the Pleadings With Leave to Amend, Dkt. 46. In that order, the Court gave Carter explicit direction as to how he might amend his complaint to assert

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:09-cv-02413 JF (PSG)
ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION
(JFLC1)

1  cognizable claims. *Id.* In lieu of filing an amended complaint, Carter filed an amended motion
2  for summary judgment. Amended Motion for Summary Judgment, Dkt 49. At a case
3  management conference held on October 15, 2010, Carter explained that the motion was
4  intended to serve as his amended complaint.[2]

5  Defendants moved to dismiss and Carter failed to file timely opposition.[3] However,
6  Carter did appear at oral argument. He represented that his medical condition prevented him
7  from filing within the time allotted by the Civil Local Rules, and he indicated that he would be
8  able to provide supporting documentation. Subsequently, Carter submitted a letter from Dr.
9  Cecile Lee confirming that Carter is receiving treatment at the Department of Veterans Affairs
10 Outpatient Clinic ("VA Clinic") in Oakland, California. Amended Briefing, Dkt. 59. The letter
11 indicated that Carter received treatment on February 3, 2011; February 18, 2011; and March 25,
12 2011, and would continue to receive treatment on a regular basis. *Id.*

13 However, nothing in Dr. Lee's letter or Carter's other submissions explains why Carter
14 was unable to file timely opposition to Defendants' motion to dismiss. Carter obviously was not
15 receiving treatment on a daily basis, and it appears that he had ample time between visits either
16 to file opposition or to seek a continuance pending the resolution of his treatment. Accordingly,
17 the action will be dismissed without prejudice for lack of prosecution.

## ORDER

IT IS HEREBY ORDERED that the instant case be DISMISSED WITHOUT PREJUDICE for lack of prosecution. All scheduled dates in this matter are VACATED, and all pending motions are TERMINATED.

**IT IS SO ORDERED.**

DATED: August 4, 2011

_____
JEREMY FOGEL
United States District Judge

---

[2] The motion thus is Carter's operative pleading.

[3] Carter did file opposition papers after oral argument, but those papers did not explain the delay. *See* Response to Motion to Dismiss, Dkt. 58.

2
Case No. 5:09-cv-02413 JF (PSG)
ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION
(JFLC1)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM T. CARTER,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF CORRECTIONS-SANTA CLARA COUNTY, *et al.*,<br><br>　　　　　　Defendants. | Case Number 5:09-cv-02413 JF (PSG)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

On August 5, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:


William Carter
6955 Foothill Blvd. #100
Oakland, CA 94605

DATED: August 5, 2011　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Weiking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

3

Case No. 5:09-cv-02413 JF (PSG)
ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION
(JFLC1)